No. 99–9360.  SHOMO v. NEW YORK.  App. Div., Sup. Ct. N. Y., 1st Jud. Dept.  Certiorari denied.

No. 99–9366.  WALKER v. GASPARINI, SHERIFF, WINNEBAGO COUNTY, ILLINOIS, ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 99–9387.  BARRITT v. WEST VIRGINIA.  Cir. Ct. Ohio County, W. Va.  Certiorari denied.

No. 99–9401.  SATTERWHITE v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir.  Certiorari denied.

No. 99–9408.  WILLIAMS v. CONROY, WARDEN.  C. A. 4th Cir. Certiorari denied.

No. 99–9411.  TAYLOR v. LARKINS, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT DALLAS, ET AL.  C. A. 3d Cir. Certiorari denied.

No. 99–9413.  COLON v. ARTUZ, SUPERINTENDENT, GREEN HAVEN CORRECTIONAL FACILITY.  C. A. 2d Cir.  Certiorari denied.

No. 99–9464.  JEMZURA v. NEW YORK STATE DEPARTMENT OF MOTOR VEHICLES ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 99–9468.  SHABAZZ, FKA HURLEY v. NEW YORK.  App. Div., Sup. Ct. N. Y., 2d Jud. Dept.  Certiorari denied.

No. 99–9474.  TALFORD v. SCARBERRY.  Sup. Ct. Va.  Certiorari denied.

No. 99–9502.  BOYD v. DAVIS, CLERK, SUPREME COURT OF MICHIGAN.  C. A. 6th Cir.  Certiorari denied.

No. 99–9533.  PRICE v. RYDER SYSTEM, INC., ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 99–9538.  WATSON v. SOUTHWESTERN BELL TELEPHONE Co.  C. A. 8th Cir.  Certiorari denied.

No. 99–9571.  BEADLES v. UNITED STATES.  C. A. 5th Cir. Certiorari denied.